# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

In the Matter of the Search of
(Name, address or brief description of person, property or premises to be searched)

4509 New Hampshire Avenue, Northwest, Washington DC, a two-story brown brick rowhouse with white trim, white porch columns, "4509" in gold numerals over front door, 4507 is to the south

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

Case Number:

I, __Investigator David Hurley__ being duly sworn depose and say:

I am a(n) __Investigator, United States Park Police__ and have reason to believe
  Official Title

that  ☐ on the person of or  ☑ on the property or premises known as (name, description and/or location)

4509 New Hampshire Avenue, Northwest, Washington DC

in the _____ District of __Columbia__

there is now concealed a certain person or property, namely (describe the person or property to be seized)

crack cocaine, crack cocaine parapheralia, monetary assets, documents detailing ongoing criminal enterprise, other items listed in attached affidavit

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

concerning a violation of Title _____ United States code, Section(s) _____
The facts to support a finding of probable cause are as follows:

Continued on the attached sheet and made a part hereof:    ☐ Yes    ☐ No

_____
Signature of Affiant

Sworn to before me and subscribed in my presence,

_____ at _____
Date                                              City                                State

_____ _____
Name of Judge         Title of Judge              Signature of Judge

AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT
FOR ENTIRE PREMISES KNOWN AS
4509 NEW HAMPSHIRE AVENUE, NORTHWEST
WASHINGTON, D.C.

1.   For the entire residence known as 4509 New Hampshire Avenue, Northwest, Washington D.C.  The residence is further described as a two-story, brown brick rowhouse with white trim and white porch columns.  The numerals "4509" are gold-colored above the front door which is a black grated door.  The residence 4507 New Hampshire Avenue, Northwest is to the south.  The residence is on the east side of New Hampshire Avenue, Northwest, and to the north of Allison Street, Northwest.

2.   Your affiant is Investigator David Hurley, currently assigned to the United Stated Park Police, Criminal Investigations Branch, Narcotics and Vice Unit.  Your affiant has been a sworn police officer since 1992.  Your affiant has participated in over 700 narcotic-related arrests, and over 70 undercover purchases of different illegal drugs.  Your affiant has participated in the preparation and execution of over 100 drug- and firearm-related search warrants, many of which resulted in the seizure of illicit narcotics, firearms and associated paraphernalia, monetary assets and other contraband related to ongoing criminal enterprises in the drug trade.  In the course of my training and experience, I have become familiar with the methods and techniques associated with the distribution of narcotics, the laundering of drug proceeds, and the organization of drug conspiracies.  In the course of conducting these investigations, your affiant has been involved in the use of the following investigative techniques:  interviewing informants and cooperating witnesses; conducting physical surveillance; conducting short- and long-term undercover operations, including reverse undercover drug operations; consensual monitoring and recording of both telephonic and non-telephonic communications; analyzing telephone pen register and caller identification system data; conducting court-authorized electronic surveillance; and preparing and executing search warrants which have led to substantial seizures of narcotics, firearms and other contraband.

3.   Based on your affiant's training, experience and extensive participation in narcotic and drug related investigations, your affiant knows that:

   a. Individuals who deal in illegal controlled substances maintain books, records, receipts, notes, ledgers, bank records, money orders and other papers relating to the importation, manufacture, transportation, ordering, sale and distribution of illegal controlled substances.  These books, records, receipts, notes, ledgers, bank records, money orders, etc., are maintained where the dealers in illegal controlled substances have ready access to them, such as in secured locations within their residence, the residences of friends, family members, and associates, or in the places of operation of the drug distribution activity, such as a stash house or safe house.  Moreover, it is common that such records are maintained by traffickers on computers, cellular telephones, PDAs often called "Palm Pilots," and laptop computers and other personal electronic devices.

   b. Individuals who deal in illegal controlled substances routinely conceal in their residences or the residences of friends, family members, and associates, or in the places of

operation of the drug distribution activity, such as a stash house or safe house, large quantities of currency, financial instruments, precious metals, jewelry and other items of value, typically proceeds of illegal controlled substance transactions.

      c. It is common for individuals who deal in the sale and distribution of illegal controlled substances, particularly cocaine base, to secret contraband related to the activity, such as scales, razors, packaging materials, cutting agents, cooking utensils, microwave ovens, pots, dishes and other containers for converting cocaine into cocaine base, at their residences, or the residences of friends, family members, or associates, or in the places of operation of the drug distribution activity, such as a stash house or safe house. Specifically, persons dealing in cocaine base, also known as crack, commonly maintain quantities of cocaine hydrochloride, also known as cocaine powder, because it is a necessary ingredient in the production or manufacture of cocaine base, also known as crack.

      d. Individuals who deal in the sale and distribution of controlled substances commonly maintain addresses and telephone number books or papers which reflect names, addresses and/or telephone numbers for their associates in their illegal organization. These individuals often utilize cellular telephones, pagers and telephone systems to maintain contact with their associates in their illegal businesses. These telephone records, bills and pager numbers are often found in their place of residence, or the residence of friends, family members, or associates, or in the places of operation of the drug distribution activity, such as a stash house or safe house.

      e. Individuals who deal in illegal controlled substances often take photos of themselves, their associates, their property and illegal contraband. These photos are usually maintained in their place of residence, or the residences of friends, family members, or associates, or in the places of operation of the drug distribution activity, such as a stash house or safe house.

      f. Persons who traffic controlled substances maintain documents, letters and records relating to illegal activity for long periods of time. This documentary evidence is usually secreted in their residence, or the residences of friends, family members, or associates, or in the places of operation of the drug distribution activity, such as a stash house or safe house. This documentary evidence includes but is not limited to telephone numbers, telephone books, address books, credit card and hotel receipts, plane and bus tickets and receipts, car rental receipts, accounts and records in fictitious names, false identification, money orders, cashiers checks relating to cash transactions and records indicating the existence of storage facilities used in narcotics trafficking.

      g. Individuals involved in narcotics trafficking often own, possess and/or use weapons as a means to facilitate their illegal drug activities. Such weapons are most often secreted in their residence, or the residences of friends, family members, or associates, or in the places of operation of the drug distribution activity, such as a stash house or safe house. Through this experience in narcotics enforcement, your affiant has learned about the methods and behaviors of individuals who distribute illicit drugs, to include the methods of concealment, packaging and distribution of various controlled substances.

4. On November 3, 2006, the United States Park Police Narcotics and Vice Unit was serving a United States District Court search warrant for a firearm at 4509 New Hampshire Avenue, Northwest, Washington D.C. This search warrant was authorized by this Court on November 1, 2006 and the affidavit in support of that warrant is attached hereto and incorporated herein by reference. During the course of this search, personnel of the United States Park Police observed items of suspected crack cocaine in the residence, as well as mail documents to Jeffery Robert Lindsay, showing the same address. The residence was secured .

4. A criminal record check through the Interstate Identification Index showed an extensive criminal history for the occupant of this residence Jeffery Robert Lindsay, not present at the time of the warrant service, including arrests for Assault with a Deadly Weapon, Distribution of PCP, Possession of Cocaine with Intent to Distribute, Carrying a Pistol Without a License, Attempted Capital Murder, and a conviction in Virginia in 1990 for Felony Larceny.

5. Based on the above facts and circumstances, as well as your affiant's training and experience, your affiant believes that there is probable cause to believe that there are further items of cocaine, cocaine paraphernalia, related records documenting an ongoing drug enterprise, monetary assets, in the residence of 4509 New Hampshire Avenue, Northwest, Washington D.C. in violation of the laws of the United States and the District of Columbia and as set out in Attachment A to this affidavit. Therefore, your affiant respectfully requests that a search warrant be issued authorizing the seizure from this location of the items listed in Attachment A.

    **WHEREFORE** your affiant respectfully requests that the Court issue a search warrant for the entire premises of 4509 New Hampshire Avenue, Northwest, Washington D.C., for the items listed in Attachment A.

    DAVID HURLEY, Investigator
    United States Park Police

SUBSCRIBED TO AND SWORN before me this _____ day of November, 2006.

    DEBORAH A. ROBINSON
    United States Magistrate Judge