AO 93  (Rev. 12/03) Search Warrant

# UNITED STATES DISTRICT COURT

_____  District of  _____

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Washington DC, a two story brown brick rowhouse with white trim, white porch columns ⁿ gold numerals over front entrance, ' is to the south.

**SEARCH WARRANT**

Case Number: 0 6 - 4 6 5 - M - 0 1

**FILED**
NOV 0 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO:  _____Investigator David Hurley_____  and any Authorized Officer of the United States

Affidavit(s) having been made before me by  _____Investigator David Hurley_____  who has reason to believe
                                              Affiant

that  ☐ on the person of, or  ☑ on the premises known as (name, description and/or location)

ɜ, Northwest, Washington DC

in the _____ District of _____Columbia_____ there is now concealed a certain person or property, namely (describe the person or property)

items of crack cocaine, crack cocaine paraphernalia, monetary assets, documents detailing ongoing criminal enterprise, other items listed in attached affidavit

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____November 10, 2006_____
                                                                  Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search  ☑ in the daytime — 6:00 AM to 10:00 P.M.  ☐ at anytime in the day or night as I find reasonable cause has been established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to

_____ as required by law.
U.S. Magistrate Judge (Rule 41(f)(4))

NOV 03 2006  @ 9:20 am              Washington, DC
Date and Time Issued                 City and State
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE                [signature]
Name and Title of Judge              Signature of Judge

AO 109 (2/90) Seizure Warrant

| **RETURN** | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 11/1/06 | 11/3/06  0643 | |

INVENTORY MADE IN THE PRESENCE OF

INV HURLEY  OFC. D'AUGUSTINE

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

HI-POINT 9MM PISTOL SER #

TAURUS .357 MAG REVOLVER SER #

AMMUNITION

**FILED**

NOV 0 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_  11-6-06
U.S. Judge or U.S. Magistrate Judge       Date